IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06mj36-SRW |
| | ) | |
| RICARDO GONZALEZ-OROZCO | ) | |

## **ORDER**

For good cause, it is

ORDERED that a preliminary examination is set for **April 17, 2006 at 2:00 p.m.** in Courtroom 5B , Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide an interpreter for this proceeding. The United States Marshal is DIRECTED to produce the defendant for the hearing.

DONE, this 13th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE