## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO.: 2:06mj36-SRW |
| | ) | |
| **RICARDO GONZALEZ-OROZCO** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance on behalf of Defendant, Ricardo Gonzalez-Orozco, in the above-styled case.

Dated this 13th day of April 2006.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO.: 2:06mj36-SRW |
| | ) | |
| **RICARDO GONZALEZ-OROZCO** | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 13, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Todd Brown, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

      Respectfully submitted,

      s/Christine A. Freeman
      **CHRISTINE A. FREEMAN**
      **TN BAR NO.: 11892**
      Attorney for Defendant
      Federal Defenders
      Middle District of Alabama
      201 Monroe Street, Suite 407
      Montgomery, AL 36104
      TEL:  (334) 834-2099
      FAX:  (334) 834-0353
      E-Mail: Christine_Freeman@fd.org