| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

☐ INITIAL APPEARANCE  
☐ BOND HEARING  
☐ DETENTION HEARING  
√ PRELIMINARY EXAMINATION  
☐ REMOVAL HEARING (R.40)  
☐ ARRAIGNMENT  

DATE: April 17, 2006

Digital Recording 2:05 - 3:06

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor  
**CASE NO.** 2:06mj36-SRW   **DEFENDANT NAME:** Ricardo Gonzalez-Orozco  
**AUSA:** Todd Brown   **DEFT. ATTY:** Kevin Butler/Christine Freeman  
Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD  
**USPO/USPTS:**  
Interpreter needed: ( ) NO; (√) YES   Name: Beverly Childress

---

- ☐ Date of Arrest or ☐ Arrest Rule 40
- ☐ Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator
- ☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
- ☐ ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed
- ☐ Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained _____
- ☐ ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed
- ☐ Detention Hearing ☐ held; ☐ set for
- ☐ ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered
- ☐ ORDER OF DETENTION HEARING PENDING TRIAL to be entered
- ☐ Release order entered. Deft advised of conditions of release
- ☐ ☐ BOND EXECUTED (M/D AL charges) $. Deft released
- ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered
- ☐ Bond not executed. Defendant to remain in Marshal's custody
- ☐ Deft. ORDERED REMOVED to originating district
- ☐ Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing
- √ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury
- ☐ ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐Set for  
  DISCOVERY DISCLOSURE DATE:
- ☐ WAIVER of Speedy Trial. CRIMINAL TERM:
- ☐ NOTICE to retained Criminal Defense Attorney handed to counsel

PROCEEDINGS CONTINUED:

| Time | Event |
|---|---|
| 2:05 p.m. | Court convenes. Interpreter sworn.. |
| 2:06 p.m. | Mr. Butler invokes witness rule. Testimony begins. Government's direct examination. (Hamrick) |
| 2:11 p.m. | Mr. Butler's cross-examination. (Hamrick) |
| 2:34 p.m. | Court's questions to witness. (Hamrick) |
| 2:35 p.m. | Mr. Butler's cross-examination continues. (Hamrick) |
| 2:36 p.m. | Government's direct examination. (Henderson) |
| 2:41 p.m. | Mr. Butler's cross-examination. (Henderson) |
| 2:49 p.m. | Court's questions to witness. (Henderson) |
| 2:50 p.m. | Mr. Butler's cross-examination continues. (Henderson) |
| 2:54 p.m. | Government rests. |
| 2:55 p.m. | Mr. Butler's direct examination. (Cole) |
| 3:05 p.m. | Defendant rests. Court finds probable cause and binds defendant over for further proceedings. |
| 3:06 p.m. | Court recessed |