IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA  *
                          *
VS.                       *      2:06mj36-SRW
                          *
RICARDO GONZALEZ-OROZCO   *

## WITNESS LIST

|  GOVERNMENT | DEFENDANT |
|---|---|
| 1. Bryan Hamrick | 2. Trooper K. Cole |
| 2. David Henderson | |